**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Mona Z. Hanna, Esq. | SBN: 131439<br>MICHELMAN & ROBINSON, LLP<br>17901 Von Karman Avenue, 10th Floor<br>Irvine, CA 92614<br>TELEPHONE NO.: (714) 557-7990 | FAX NO. (714) 557-7991 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: : PLAINTIFF AND PROPOSED CLASS | |

| UNITED STATES DISTRICT COURT |
|---|
| STREET ADDRESS: 312 N. SPRING STREET |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 |
| BRANCH NAME: for the CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION |

| PLAINTIFF/PETITIONER: DAVID LOWERY, INDIVIDUALLY, ETC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: SPOTIFY USA INC., A DELAWARE CORPORATION | 2:15-CV-09929-BRO-RAO |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>31122139   VXP |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons
   b. [X] Complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet
   e. [ ] Cross-complaint
   f. [X] other *(specify documents)*: See attached Document List

3. a. Party served *(specify name of party as shown on documents served)*:
   **SPOTIFY USA INC., A DELAWARE CORPORATION**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **CT CORPORATION SYSTEM BY SERVING GLADYS AGUILERA - PROCESS SPECIALIST AND AUTHORIZED TO ACCEPT SERVICE**

4. Address where the party was served: **818 W 7TH ST,. STE 930**
   **LOS ANGELES, CA 90017**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **12/29/2015**   (2) at *(time)*: **03:00 pm**

   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/31122946** |

**ASAP Legal, LLC**
404 West 4th St., Suite B
Santa Ana, CA 92701
Phone: (714) 543-5100   Fax: (714) 543-5111

Continued from Proof of Service

**CASE #:**  2:15-CV-09929-BRO-RAO              **DATE:** December 30, 2015

**CASE NAME:**  DAVID LOWERY, INDIVIDUALLY, ETC. VS. SPOTIFY USA INC., A DELAWARE CORPORATION

**SUMMONS;COMPLAINT;CIVIL CASE COVER SHEET;NOTICE OF INTERESTED PARTIES; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;  NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;   NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR) COUNSEL ARE REQUIRED TO FURNISH AND DISCUSS THIS NOTICE WITH THEIR CLIENTS; STANDING ORDER REGARDING NEWLY ASSIGNED CASES**



| PETITIONER: DAVID LOWERY, INDIVIDUALLY, ETC. | CASE NUMBER: |
|---|---|
| RESPONDENT: SPOTIFY USA INC., A DELAWARE CORPORATION | 2:15-CV-09929-BRO-RAO |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:  (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: **SPOTIFY USA INC., A DELAWARE CORPORATION**
      under the following Code of Civil Procedure section:

      ☒ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                       ☐ other:

7. **Person who served papers**
   a. Name: **JEFFREY ALAN LOPEZ C/O ASAP Legal, LLC**
   b. Address: **404 West 4th St., Suite B  Santa Ana, CA 92701**
   c. Telephone number: **(714) 543-5100**
   d. **The fee** for service was: **$ 137.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner    ☒ employee    ☐ independent contractor.
         (ii) Registration No.: **2014-037194**
         (iii) County: **LOS ANGELES**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **12/30/2015**

**ASAP Legal, LLC**
**404 West 4th St., Suite B**
**Santa Ana, CA 92701**
**(714) 543-5100**
**www.legalsolutionasap.com**

**JEFFREY ALAN LOPEZ**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶ (SIGNATURE)