Sanford L. Michelman (SBN 179702)
smichelman@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Telephone:   (310) 564-2670
Facsimile:   (310) 564-2671

Mona Z. Hanna (SBN 131439)
mhanna@mrllp.com
Melanie Natasha Howard (SBN 250936)
mhoward@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, 10th Floor
Irvine, CA  92614
Telephone:   (714) 557-7990
Facsimile:   (714) 557-7991

David C. Lee (SBN 193743)
dlee@mrllp.com
Ilse C. Scott (SBN 233433)
iscott@mrllp.com
**MICHELMAN & ROBINSON, LLP**
One Post Street, Suite 2500
San Francisco, CA  94104
Telephone:   (415) 882-7770
Facsimile:   (415) 882-1570

*Attorneys for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOWERY, individually and on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br>       v.<br><br>SPOTIFY USA, INC., a Delaware corporation,<br><br>                Defendant. | Case No.:  2:15-cv-09929-BRO (RAOx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3), AND TO EXTEND PLAINTIFFS' DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION (L.R. 23-3)**<br><br>The Hon. Beverly Reid O'Connell<br><br>**[Filed concurrently with Proposed Order and Declaration of Mona Z. Hanna]** |

| | |
|---|---|
| 1 | Current Response Date to Complaint: Jan. 19, 2016 |
| 2 | Proposed New Response Date to Complaint: Feb. 12, 2016 |
| 3 | Proposed New Motion Date: May 27, 2016 |
| 4 | |
| 5 | |
| 6 | |
| 7 | Complaint Filed: Dec. 28, 2015 |
| 8 | Discovery Cut-Off: Not Set |
| 9 | Motion Cut-Off: Not Set |
|   | Pre-Trial Conference: Not Set |
|   | Trial Date: Not Set |

2

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3), AND TO EXTEND PLAINTIFF'S DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION (L.R. 23-3)

# **STIPULATION**

Plaintiff David Lowery ("Plaintiff"), individually and on behalf of all those similarly situated and Spotify USA Inc. ("Defendant"), through their respective attorneys of record herein enter into this Stipulation with reference to the following circumstances:

WHEREAS, on December 28, 2015, Plaintiffs filed the Class Action Complaint ("Complaint") in the above-captioned action in the United States District Court for the Central District of California[1];

WHEREAS, on December 29, 2015, Defendant's Registered Agents for Service of Process were served with the Complaint, which seeks damages of at least $150 million;

WHEREAS, Defendant's deadline to answer or otherwise respond to the initial Complaint is January 19, 2016;

WHEREAS, on January 8, 2016, Defendant's counsel contacted Plaintiffs' counsel to request an extension of time, pursuant to Local Rule 8-3, for Defendant to answer or otherwise respond to the Complaint for twenty-four (24) days from January 19, 2016 to February 12, 2016;

WHEREAS, Defendant's counsel advised Plaintiffs' counsel that Defendant requested an extension in order to provide: (1) the parties sufficient time to engage in substantive meet and confer discussions regarding the allegations in the Complaint, and thereby fully comply with Local Rule 7-3 and this Court's Standing Order and attempt to avoid unnecessary motion practice; (2) Defendant a reasonable and sufficient amount of time to evaluate the claims made in the Complaint; (3) retain out-side counsel, and (4) the Defendant sufficient time to prepare a responsive pleading after the meet and confer process has been completed;

---

[1] For the sake of clarity, no class has been certified in this case, as of this date.

1    WHEREAS, Local Rule 8-3 provides that where a stipulation "does not
2 extend the time [to respond to the initial Complaint] for more than a cumulative
3 total of thirty (30) days from the date the response initially would have been due,
4 the stipulation need not be approved by the judge";

5    WHEREAS, the parties agreed to meet and confer in good faith regarding
6 the claims alleged in the Complaint;

7    WHEREAS, pursuant to Central District of California Local Rule 23-3,
8 Plaintiffs' deadline to file a Motion for Class Certification is March 25, 2016;

9    WHEREAS, without a concurrent extension of the deadline for Plaintiffs to
10 file a Motion for Class Certification, Plaintiffs would be forced to complete class
11 discovery and file a Motion for Class Certification only 45 days after Defendant
12 files its first responsive pleading;

13    WHEREAS, Plaintiffs' and Defendant's counsel agreed to stipulate to (1)
14 extend the date for Defendant to answer or otherwise respond to the initial
15 Complaint to February 12, 2016, and (2) extend the date for Plaintiffs to file a
16 Motion for Class Certification by sixty (60) days to May 27, 2016;

17    WHEREAS the parties agree that these extensions are in the interests of
18 judicial economy and the preservation of fees and costs, and to allow time for the
19 parties to conduct a preliminary investigation into Plaintiffs' claims, and determine
20 whether the matter can be resolved, and whether Plaintiffs' claims have been
21 adequately alleged or whether amendment of the initial Complaint is appropriate;

22    WHEREAS, the parties have not obtained any prior extension of the date to
23 answer or otherwise respond to the Complaint, nor of the date to file a Motion for
24 Class Certification;

25    WHEREAS, entering into this stipulation and extending the deadlines will
26 not prejudice any parties to this action, and specifically, Defendant is not waiving
27 any argument to assert that there is no personal jurisdiction over it, nor is Plaintiffs
28 agreeing or conceding any such argument; and

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendant, that the deadline for Defendant to answer or otherwise respond to the Complaint shall be extended to February 12, 2016, and Plaintiffs' deadline to file a Motion for Class Certification shall be extended to May 27, 2016.

Dated: January 13, 2016     **MICHELMAN & ROBINSON, LLP**

By: */s/* Mona Z. Hanna
Sanford L. Michelman
Mona Z. Hanna
David C. Lee
Ilse C. Scott
Melanie Natasha Howard
*Attorneys for Plaintiff and Proposed Class*

Dated: January 13, 2016     **MAYER BROWN LLP**

By: */s/* John Nadolenco
John Nadolenco, Esq.
Attorneys for Defendant Spotify USA Inc.

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Mona Z. Hanna, attest under penalty of perjury that I have obtained concurrence and authorization from John Nadolenco, counsel for Spotify USA Inc. to affix his electronic signature to this filing.

Dated: January 13, 2016     By: */s/* Mona Z. Hanna