1  Sanford L. Michelman (SBN 179702)
   smichelman@mrllp.com
2  **MICHELMAN & ROBINSON, LLP**
   10880 Wilshire Blvd., 19th Floor
3  Los Angeles, CA 90024
   Telephone: (310) 564-2670
4  Facsimile: (310) 564-2671

5  Mona Z. Hanna (SBN 131439)
   mhanna@mrllp.com
6  Melanie Natasha Howard (SBN 250936)
   mhoward@mrllp.com
7  **MICHELMAN & ROBINSON, LLP**
   17901 Von Karman Avenue, 10th Floor
8  Irvine, CA 92614
   Telephone: (714) 557-7990
9  Facsimile: (714) 557-7991

10 David C. Lee (SBN 193743)
   dlee@mrllp.com
11 Ilse C. Scott (SBN 233433)
   iscott@mrllp.com
12 **MICHELMAN & ROBINSON, LLP**
   One Post Street, Suite 2500
13 San Francisco, CA 94104
   Telephone: (415) 882-7770
14 Facsimile: (415) 882-1570

15 *Attorneys for Plaintiff and Proposed Class*

16
                    **UNITED STATES DISTRICT COURT**
17
                  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
18

19 | DAVID LOWERY, individually and on behalf of himself and all others similarly situated, | Case No. 2:15-cv-09929-BRO-RAO |
|---|---|
| | The Hon. Beverly Reid O'Connell |
| Plaintiffs, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE COUNT TWO OF THE COMPLAINT** |
| vs. | |
| SPOTIFY USA INC., a Delaware corporation, | |
| Defendant. | |

1

Plaintiff David Lowery ("Plaintiff"), individually and on behalf of all those similarly situated, and Spotify USA Inc. ("Defendant"), by and through their respective attorneys of record below, hereby enter into this Joint Stipulation, subject to the Court's approval, with reference to the following circumstances:

WHEREAS, on December 28, 2015, Plaintiff filed the Class Action Complaint in the above-captioned action in the United States District Court for the Central District of California (Dkt. 1) (the "Complaint"); and

WHEREAS, at the conference of counsel pursuant to L.R. 7-3, which took place on February 5, 2016, counsel for Spotify indicated Spotify's intent to move for dismissal of Count Two of Plaintiff's Complaint; and

WHEREAS, Plaintiff's counsel responded on February 10, 2016 that it would voluntarily withdraw Count Two of the Complaint, thus narrowing the scope of the issues now before the Court.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, as follows:

1. Count Two of the Complaint is dismissed with prejudice.
2. Each party shall bear its own costs, expenses, and attorneys' fees in connection with Count Two of the Complaint.

**IT IS SO STIPULATED.**

Dated: February 11, 2016     **MAYER BROWN LLP**

By: s/ John Nadolenco
     John Nadolenco
*Attorneys for Defendant*
SPOTIFY USA, INC.

**MICHELMAN & ROBINSON, LLP**

By: */s/* David C. Lee
     David C. Lee
*Attorneys for Plaintiff and Proposed Class*

# **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, David C. Lee , attest under penalty of perjury that I have obtained concurrence and authorization from John Nadolenco to affix his electronic signature to this filing.

Dated:  February 11, 2016                             By:  */s/* David C. Lee