**MAYER BROWN LLP**
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
EUGENE VOLOKH (SBN 194464)
*evolokh@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, California  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

A. JOHN P. MANCINI (admitted *pro hac vice*)
*jmancini@mayerbrown.com*
ALLISON LEVINE STILLMAN*
*astillman@mayerbrown.com*
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone:  (212) 506-2295
Facsimile:   (212) 849-5895

ARCHIS A. PARASHARAMI*
*aparasharami@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone:  (202) 263-3328
Facsimile:   (202) 263-5328

*Pro hac vice application to be filed*

Attorneys for Defendant SPOTIFY USA INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOWERY, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPOTIFY USA INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:15-cv-09929-BRO-RAO<br><br>Hon. Beverly Reid O'Connell<br><br>**JOINT STIPULATION MODIFYING THE BRIEFING SCHEDULE ON DEFENDANT SPOTIFY USA INC.'S MOTION TO DISMISS AND MOTION TO STRIKE, AND RECIPROCALLY EXTENDING THE PAGE LIMITATION FOR POINTS AND AUTHORITIES UNDER L.R. 11-6 BY FIVE (5) PAGES** |

Plaintiff David Lowery ("Plaintiff"), individually and on behalf of all those similarly situated, and Spotify USA Inc. ("Defendant"), by and through their respective attorneys of record below, hereby enter into this Joint Stipulation, subject to the Court's approval, with reference to the following circumstances:

WHEREAS, on December 28, 2015, Plaintiff filed the Class Action Complaint in the above-captioned action in the United States District Court for the Central District of California (the "Complaint"); and

WHEREAS, Defendant intends to respond to the Complaint by filing the following: (1) a motion to dismiss the lawsuit under Fed. R. Civ. P. 12(b)(2) or, in the alternative, to transfer venue to the United States District Court for the Southern District of New York under 28 U.S.C. § 1404(a) (the "Motion to Dismiss"); and (2) a motion to strike the class allegations under Fed. R. Civ. P. 12(f) (the "Motion to Strike"); and

WHEREAS, the contemplated Motion to Dismiss and Motion to Strike require an analysis of varied and complex issues involving personal jurisdiction, venue, and class allegations; and

WHEREAS, Local Rule 11-6 limits parties to twenty-five (25) pages for a memorandum of points and authorities in support of or in opposition to a motion; and

WHEREAS, the parties seek a modest reciprocal extension of five (5) pages to the applicable page limitation set forth in Local Rule 11-6 for the Motion to Strike in order to thoroughly analyze the significant legal and factual questions raised by the Class Action Complaint in a manner that will assist the Court in resolving the motions; and

WHEREAS, Defendant intends to notice its Motion to Dismiss and Motion to Strike for April 4, 2016, or as soon thereafter as the motions may be heard; and

WHEREAS, pursuant to Local Rule 7-9, the Plaintiff's opposition to each of those motions would accordingly be due March 14, 2016, and, pursuant to Local

Rule 7-10, the Defendant's reply in support of each of those motions would accordingly be due March 21, 2016; and

WHEREAS, the parties have discussed modifying the briefing schedule governing Defendant's Motion to Dismiss and Motion to Strike to allow each party sufficient time to ensure complete briefing of all the issues;

NOW THEREFORE, the parties respectfully jointly propose and request entry of an order modifying the briefing schedule and applicable page limitations as follows:

1. No later than February 12, 2016, Defendant will file a Motion to Dismiss the lawsuit under Fed. R. Civ. P. 12(b)(2) or, in the alternative, to transfer venue to the United States District Court for the Southern District of New York under 28 U.S.C. § 1404(a), the memorandum of points and authorities in support of which is not to exceed twenty-five (25) pages;

2. No later than February 12, 2016, Defendant will also file a Motion to Strike the class allegations under Fed. R. Civ. P. 12(f), the memorandum of points and authorities in support of which is not to exceed thirty (30) pages;

3. No later than March 7, 2016, Plaintiff will file a memorandum of law in opposition to Defendant's Motion to Dismiss, the length of which is not to exceed twenty-five (25) pages;

4. No later than March 7, 2016, Plaintiff will also file a memorandum of law in opposition to Defendant's Motion to Strike, the length of which is not to exceed thirty (30) pages;

5. Defendant's reply in support of the Motion to Dismiss will be due March 21, 2016;

6. Defendant's reply in support of the Motion to Strike will also be due March 21, 2016; and

7. Defendant's Motion to Dismiss and Motion to Strike will be heard on April 4, 2016 at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated: February 11, 2016         **MAYER BROWN LLP**
                                 By:  s/ John Nadolenco
                                      John Nadolenco
                                 *Attorneys for Defendant*
                                 SPOTIFY USA INC.

                                 **MICHELMAN & ROBINSON, LLP**

                                 By:  */s/* David C. Lee
                                      David C. Lee
                                 *Attorneys for Plaintiff and Proposed Class*

## ATTESTATION

Pursuant to Civil L.R. 5-4.3.4 regarding signatures, I, John Nadolenco, attest that concurrence in the filing of this document has been obtained by all its signatories.

Dated:  February 11, 2016         */s/* John Nadolenco