**MAYER BROWN LLP**
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
EUGENE VOLOKH (SBN 194464)
*evolokh@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, California  90071-1503
Telephone:   (213) 229-9500
Facsimile:   (213) 625-0248

A. JOHN P. MANCINI (admitted *pro hac vice*)
*jmancini@mayerbrown.com*
ALLISON LEVINE STILLMAN*
*astillman@mayerbrown.com*
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone:   (212) 506-2295
Facsimile:   (212) 849-5895

ARCHIS A. PARASHARAMI*
*aparasharami@mayerbrown.com*
DANIEL E. JONES*
*djones@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone:   (202) 263-3328
Facsimile:   (202) 263-5328

*Pro hac vice application to be filed*

Attorneys for Defendant SPOTIFY USA INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOWERY, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPOTIFY USA INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:15-cv-09929-BRO-RAO<br><br>**DEFENDANT SPOTIFY USA INC.'S NOTICE OF MOTION AND MOTION TO STRIKE CLASS ALLEGATIONS PURSUANT TO FED. R. CIV. P. 12(f)**<br><br>Date:   April 4, 2016<br>Time:   1:30 pm<br>Judge:   Hon. Beverly Reid O'Connell |

**TO THE CLERK AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on April 4, 2016 at 1:30 p.m. or as soon thereafter as this may be heard, in Courtroom 14 of this Court, located at 312 North Spring Street, Los Angeles, CA 90012, before the Honorable Beverly Reid O'Connell, Defendant Spotify USA, Inc. will and hereby does move the Court, pursuant to Fed. R. Civ. P. 12(f), to strike the class allegations in Plaintiff's Complaint.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on February 5, 2016.  The Motion is based on this notice, the memorandum of law in support of the motion filed concurrently herewith, as well as any supporting declarations and exhibits, the files and records in this action, and any further evidence or argument that this Court may receive at or before the hearing.

| | | |
|---|---|---|
| 1 | Dated: February 12, 2016 | **MAYER BROWN LLP** |
| 2 | | |
| 3 | | By: */s/ John Nadolenco*_____ |
| | | John Nadolenco |
| 4 | | Eugene Volokh |
| | | 350 South Grand Avenue |
| 5 | | Los Angeles, California 90071 |
| | | jnadolenco@mayerbrown.com |
| 6 | | evolokh@mayerbrown.com |
| | | T 213.229.5173 |
| 7 | | F 213.576.8133 |
| 8 | | A. John P. Mancini (admitted *pro hac vice*) |
| | | Allison Levine Stillman* |
| 9 | | 1221 Avenue of the Americas |
| | | New York, New York  10020 |
| 10 | | jmancini@mayerbrown.com |
| | | astillman@mayerbrown.com |
| 11 | | T 212.506.2295 |
| | | F 212.849.5895 |
| 12 | | |
| | | Archis A. Parasharami* |
| 13 | | Daniel E. Jones* |
| | | 1999 K Street, N.W. |
| 14 | | Washington, D.C. 20006 |
| | | aparasharami@mayerbrown.com |
| 15 | | djones@mayerbrown.com |
| | | T 202.263.3328 |
| 16 | | F 202.263.5328 |
| 17 | | *Pro hac vice application to be filed* |
| 18 | | **Attorneys for Defendant Spotify USA Inc.** |