**MAYER BROWN LLP**
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
EUGENE VOLOKH (SBN 194464)
*evolokh@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, California  90071-1503
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

A. JOHN P. MANCINI (admitted *pro hac vice*)
*jmancini@mayerbrown.com*
ALLISON LEVINE STILLMAN\*
*astillman@mayerbrown.com*
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone:   (212) 506-2500
Facsimile:    (212) 849-5895

ARCHIS A. PARASHARAMI\*
*aparasharami@mayerbrown.com*
DANIEL E. JONES\*
*djones@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone:   (202) 263-3328
Facsimile:    (202) 263-5328

\* *Pro hac vice application to be filed*

Attorneys for Defendant SPOTIFY USA INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOWERY, individually and on behalf of himself and all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>SPOTIFY USA INC., a Delaware corporation,<br><br>          Defendant. | Case No. 2:15-cv-09929-BRO-RAO<br><br>**DECLARATION OF ALLISON LEVINE STILLMAN IN SUPPORT OF DEFENDANT SPOTIFY USA INC.'S MOTION TO STRIKE CLASS ALLEGATIONS**<br><br>Date:     April 4, 2016<br>Time:    1:30 p.m.<br>Judge:   Hon. Beverly Reid O'Connell |

I, ALLISON LEVINE STILLMAN, DECLARE:

1. I am an attorney at Mayer Brown LLP, the law firm representing Defendant Spotify USA Inc. ("Spotify") in the above-captioned matter.

2. This declaration is based upon my personal knowledge, and I would testify to the matters set forth in this declaration if called upon as a witness.

3. Attached hereto as Exhibit 1 is a true and correct copy of a Report of the Register of Copyrights entitled "Copyright and the Music Marketplace," available at http://copyright.gov/policy/musiclicensingstudy/copyright-and-the-music-marketplace.pdf.

4. Attached hereto as Exhibit 2 is a true and correct copy of United States Copyright Office Circular 22, "How to Investigate the Copyright Status of a Work," available at http://www.copyright.gov/circs/circ22.pdf.

5. Attached hereto as Exhibit 3 is a true and correct copy of a printout of the United States Copyright Office webpage entitled "Termination of Transfers and Licenses Under 17 U.S.C. §203," available at http://www.copyright.gov/docs/203.html.

6. Attached hereto as Exhibit 4 is a true and correct copy of a printout of the Harry Fox Agency webpage entitled "What does HFA do?," available at http://www.harryfox.com/publishers/what_does_hfa_do.html.

7. Attached hereto as Exhibit 5 is a true and correct copy of a printout of Plaintiff David Lowery's webpage entitled "Bio/Photos," available at http://www.davidlowerymusic.com/bio-photos.

///
///
///
///
///

1

DECLARATION OF ALLISON LEVINE STILLMAN
IN SUPPORT OF SPOTIFY'S MOTION TO STRIKE CLASS ALLEGATIONS
CASE NO. 2:15-CV-09929-BRO-RAO

8. Attached hereto as Exhibit 6 is a true and correct copy of a printout of Spotify's webpage entitled "Spotify Copyright Policy," available at https://www.spotify.com/us/legal/copyright-policy/?lang=en.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of February, 2016, in New York, New York.

*[signature page to follow]*
Allison Levine Stillman

2

DECLARATION OF ALLISON LEVINE STILLMAN
IN SUPPORT OF SPOTIFY'S MOTION TO STRIKE CLASS ALLEGATIONS
CASE NO. 2:15-CV-09929-BRO-RAO

8. Attached hereto as Exhibit 6 is a true and correct copy of a printout of Spotify's webpage entitled "Spotify Copyright Policy," available at https://www.spotify.com/us/legal/copyright-policy/?lang=en.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of February, 2016, in New York, New York.

_____
Allison Levine Stillman

2

DECLARATION OF ALLISON LEVINE STILLMAN
IN SUPPORT OF SPOTIFY'S MOTION TO STRIKE CLASS ALLEGATIONS
CASE NO. 2:15-CV-09929-BRO-RAO